UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID FENSLER; JOHN FERNANDEZ; GARY MEYERS; L. STEVEN PLATT; HERBERT O. MCDOWELL III; ROBBINS, SALOMON, & PATT, LTD.; ROBBINS DIMONTE, LTD.; UNITED PREFERRED COMPANIES, LTD.;** and the **UNITED EMPLOYEE BENEFIT FUND TRUST;** <br><br> Defendants. | Case No. 1:22-cv-01030 <br><br> Hon. Nancy L. Maldonado |

**ACTING SECRETARY'S
MOTION TO APPROVE CONSENT ORDER AND JUDGMENT**

Plaintiff Acting Secretary of Labor, United States Department of Labor ("Acting Secretary"), by counsel, pursuant to Federal Rule of Civil Procedure 54, respectfully requests this Court enter the proposed Consent Order and Judgment. The Acting Secretary's counsel conferred with Defendant Robbins, Salomon & Patt, Ltd. ("RSP"), Robbins DiMonte ("RD"), Ltd., and Defendant L. Steven Platt's ("Platt") counsel on March 13, 2024, and this Motion is unopposed as to Defendants Platt, RSP, and RD and additionally unopposed as to the Independent Fiduciary acting on behalf of the United Employee Benefit Fund. The Acting Secretary conferred with the other Defendants about the filing of this Motion on March 22 and 26, 2024 and provided a copy of the Consent Order and Judgment on March 26, 2024. Defendant McDowell did not respond when asked about his position on the motion. Counsel for Defendant Fensler indicated he is still trying to gather information regarding the scope and effect of the settlement and, only afforded hours to review it, was not yet able to provide an informed and firm position. Counsel for

1

Defendants Fernandez and Meyers indicated they need time to consult with their co-counsel and the clients, but as of March 26, 2024 they oppose the motion only because of the time deadlines regarding their position on the motion. In support of the *Acting Secretary's Motion to Approve Consent Order and Judgment*, the Acting Secretary states as follows:

1. On February 28, 2022, the Acting Secretary filed a Complaint against Defendants David Fensler, John Fernandez, Gary Meyers, L. Steven Platt, Herbert O. McDowell III, David Schwalb, Robbins, Salomon, & Patt, Ltd., Robbins DiMonte, Ltd., United Preferred Companies, Ltd., and the United Employee Benefit Fund Trust ("Fund") (collectively, "Defendants"), for violations of Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1001, *et seq.* (ECF 1).

2. The proposed Consent Order and Judgment provides that Defendants Platt, RSP, and RD will restore $1,060,000, consisting of losses to the Fund, lost opportunity costs, disgorged fees, and ERISA 502(*l*) penalties. The monetary restoration provided for in the Consent Order and Judgment also resolves a related case pending in the Northern District of Illinois brought by the Fund against Defendants RSP, RD, and Platt, (N.D. Ill. Case No. 22-cv-0952).

3. The proposed Consent Order and Judgment also enjoins Defendants Platt, RSP, and RD from violating Title I of ERISA, and Defendant Platt from serving as a fiduciary, trustee, administrator, or service provider to any ERISA-covered Plan.

4. Defendants Platt, RSP, and RD and the Acting Secretary all signed the proposed Consent Order and Judgment.

**WHEREFORE**, for all the reasons set forth herein and in the accompanying *Memorandum in Support of the Acting Secretary's Motion to Approve Consent Order and Judgment*, the Acting Secretary respectfully requests this Court enter and approve the Consent

Order and Judgment.

                                                Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

*/s/Lydia J. Faklis*

**LYDIA J. FAKLIS**
Trial Attorney

**AARON P. WENZLOFF**
Trial Attorney

Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Room 844
Chicago, IL 60604
Telephone No.: 312-353-6992
Fax No.: 312-353-5698
E-mails:
Faklis.Lydia.J@dol.gov
Wenzloff.Aaron.P@dol.gov

*Attorneys for Plaintiff Julie A. Su,*
*Acting Secretary of Labor, United States*
*Department of Labor*